UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 22-CR-20262-BLOOM/Elfenbein**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

Maria G. Bou,

        Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This Cause is before the Court upon *pro se* Defendant Maria G. Bou's ("Bou") Motion for Compassionate Release, Motion for Sentence Reconsideration, which the undersigned construes as a request for a sentence reduction, and Motion for Appointment of Counsel (the "Motion"), ECF No. [211]. The Motion was previously referred to the Honorable Marty Fulgueira Elfenbein for a Report and Recommendation. *See* ECF No. [216]. On February 3, 2025, Judge Elfenbein issued a Report and Recommendation recommending that the Motion be denied. *See* ECF No. [218].

      Having considered Judge Elfenbein's Report and conducting a *de novo* review of the record, *see Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)), this Court finds Judge Elfenbein's Report and Recommendation to be well reasoned and correct. The Court agrees with the analysis in Judge Elfenbein's Report and Recommendation and concludes that Defendant's Motion must be denied for the reasons set forth therein.

      For the foregoing reasons, it is **ORDERED and ADJUDGED** as follows:

1

CASE NO. 22-CR-20262-BLOOM/Elfenbein

1. Magistrate Judge Elfenbein's Report and Recommendation, **ECF No. [218]**, is **ADOPTED**; and

2. Defendant's Motion, **ECF No. [211]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida on February 21, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of record

Maria G Bou
Inmate No. 06572-510
Aliceville Federal Correctional Institution Inmate Mail/Parcels
Post Office Box 4000
Aliceville, AL 35442